[Civil No. 517.]

E. O. STRATTON et al., Appellants, v. J. P. WELLS, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal. Owen T. Rouse, Judge.

Charles Weston Wright, and Fletcher M. Doan, for Appellants.

Joseph H. Kibbey, and J. S. Sniffen, for Appellee.

March 17, 1897. Affirmed.

---

[Civil No. 439.]

GILA COUNTY, Appellant, v. J. H. THOMPSON et al., Appellees.

APPEAL from the District Court of the Second Judicial District in and for the County of Gila. Owen T. Rouse, Judge.

Cox & Street, for Appellant.

E. J. Edwards, W. H. Barnes, and Joseph Campbell, for Appellees.

March 17, 1897. Reversed.